

# IN THE
# TENTH COURT OF APPEALS

### No. 10-19-00109-CV

**ALFRED LEE STONE,**

                                                            **Appellant**

**v.**

**CPT. J. YOUNG,**

                                                            **Appellee**

## From the 12th District Court
## Walker County, Texas
## Trial Court No. 1829026

## O R D E R

Alfred Lee Stone, a prison inmate, is appealing the dismissal of his lawsuit. His appellate brief was filed on April 15, 2019.

The appellate record has not yet been filed and is not due to be filed until May 7, 2019. Thus, Stone's brief does not, and cannot, cite to the appellate record as required by Rule 38.1 of the Texas Rules of Appellate Procedure. TEX. R. APP. P. 38.1(i).

Accordingly, Stone's brief is stricken without prejudice to the filing of a brief within 30 days after the appellate record has been filed, *see* TEX. R. APP. P. 38.6(a), and

with appropriate citations to the record.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Neill
Brief stricken
Order issued and filed May 1, 2019

